UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Robert Pratt

          v.                                    Case No. 22-cv-247-SM

Northern NH Correctional Facility, Warden


ORDER

     No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Andrea K. Johnstone dated March 5,
2025, for the reasons set forth therein. "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject to
review in the district court and those not preserved by such objection
are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins.
Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary
of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also
United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after
proper notice, failure to file a specific objection to magistrate's
report will waive the right to appeal).  Additionally, finding that
the petitioner has failed to make a substantial showing of the denial
of a constitutional right, the court declines to issue a certificate
of appealability.  See 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing
Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

          **So Ordered.**

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

Date: March 31, 2025

cc:  Counsel of Record